**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7509**

PATRICK PARKER, a/k/a Mustafa Muhjahid,

Plaintiff - Appellant,

v.

DR. PETER OBER, Physician; DR. KING, Physician; LEONARD
LEVIN; MICHELLE ROSSMAN, MD,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.   Mark S. Davis, District
Judge.  (2:13-cv-00490-MSD-DEM)

Submitted:  March 25, 2016           Decided:  May 17, 2016

Before SHEDD, KEENAN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Patrick Parker, Appellant Pro Se.   Jeff W. Rosen, PENDER &
COWARD, PC, Virginia Beach, Virginia; Elizabeth Martin
Muldowney, RAWLS, MCNELIS & MITCHELL, PC, Richmond, Virginia;
John E. Peterson, Jr., HANCOCK DANIEL JOHNSON & NAGLE, PC, Glen
Allen, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrick Parker appeals the district court's order granting Defendants' motions for summary judgment or to dismiss for failure to state a claim Parker's 42 U.S.C. § 1983 (2012) action alleging deliberate indifference to his medical needs. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm substantially for the reasons stated by the district court. Parker v. Ober, No. 2:13-cv-00490-MSD-DEM (E.D. Va. filed Aug. 25, 2015 & entered Aug. 26, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED